# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
_____

JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

June 1, 2020

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Kelly Rivas 19-cr-529-(PAE)

Dear Judge Engelmayer,

    I am the attorney for Kelly Rivas. The purpose of this letter is to respectfully request an adjournment of Ms. Rivas' sentencing hearing that is scheduled for June 18th at 2:30 p.m. As the Court is aware, the COVID-19 pandemic continues and the BOP visitation restrictions has drastically limited access to Ms. Rivas and thus our ability to properly prepare for her upcoming sentencing. With no objection from the Government, counsel is requesting a 60-day adjournment of Ms. Rivas' sentencing hearing.

    Know also that I consulted with Ms. Rivas regarding this request and she also believes that her interests are best served if we have the additional time to prepare for sentencing. Should the Court grant this request, counsel is requesting that the hearing be adjourned to the week of August 17th.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

----

**GRANTED.** Sentencing is adjourned to August 20, 2020 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

SO ORDERED.

6/2/2020

_____
PAUL A. ENGELMAYER
United States District Judge

Respectfully Submitted,

By: *A. James Bell*
A. James Bell, Esq.