# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

July 30, 2020

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York

Re: United States v. Kelly Rivas 19-cr-529-(PAE)

Dear Judge Engelmayer,

I am the attorney for Kelly Rivas and the purpose of this letter is to again request an adjournment of Ms. Rivas' upcoming sentencing hearing that is scheduled for August 20th at 11 a.m. As the Court is aware, the COVID-19 pandemic continues and the BOP visitation restrictions has drastically limited our access to Ms. Rivas and thus our ability to effectively prepare for her upcoming sentencing. Although the BOP now allows phone and video calls with Ms. Rivas, these methods are no substitutes for face-to-face in person interviews where counsel needs to candidly discuss with Ms. Rivas the delicate mitigation issues that are embedded in her complex life narrative.

We are therefore requesting a 60-day adjournment of Ms. Rivas's sentencing hearing with no objection from the Government. Know also that I consulted with Ms. Rivas regarding this request and she continues to believe that her interests are best served if we have the additional time to prepare for sentencing. Should the Court grant this request, counsel is requesting that the hearing be adjourned to the week of October 19th.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully Submitted,

By: *A. James Bell*
A. James Bell, Esq.

**GRANTED.** Sentencing is adjourned to October 20, 2020 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 33.

7/31/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge