UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

KELLY RIVAS,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CORRECTED PRELIMINARY
ORDER OF FORFEITURE/
MONEY JUDGMENT

19 Cr. 529 (PAE)

WHEREAS, on or about July 23, 2019, KELLY RIVAS (the "Defendant"), was charged in an Indictment, 19 Cr. 529 (PAE) (the "Indictment"), with one count of conspiracy to commit extortion, in violation of Title 18, United States Code, Section 1951;

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, constituting or derived from proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about October 7, 2019, the Defendant pled guilty to Count One of the Indictment;

WHEREAS, on or about October 8, 20219, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a forfeiture money judgment against the Defendant in the amount of $19,346 in United States currency (the "Money Judgment") (the "Preliminary Order of Forfeiture");

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United State Marshals Service as the agency authorized to accept and deposit payments made towards the satisfaction of the Money Judgment; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the agency to accept money judgement payments, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the Untied States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

2. The United States Department of Treasury is authorized to deposit the payments on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

3. The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

*Paul A. Engelmayer*          2/3/23
HONORABLE PAUL A. ENGELMAYER          DATE
UNITED STATES DISTRICT JUDGE

The Clerk of Court is requested to terminate the motion at Dkt. No. 48.